

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Herbert P. Kunowski, Esq. (SBN 150141)
D. Victoria LaBrie, Esq. (SBN 162999)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071

Phone: 213-443-5100    Fax: 213-443-5101

    *Individual appearing without counsel*

  x  *Attorney for:* Certain Underwriters of Lloyd's of London

FOR COURT USE ONLY

**FILED**

SEP 1 4 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:    MARSHALL REDDICK REALTY, INC.

Debtor(s).

CHAPTER: 11

CASE NO.: 8:09-bk-11254-TA

DATE: September 1, 2009
TIME: 10:30 a.m.
CTRM: 5B
FLOOR: 5th

LODGED

SEP 10 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT: Certain Underwriters of Lloyd's of London )

**ENTERED**

SEP 15 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1.  The Motion was: ___ Contested  x Uncontested  ___ Settled by stipulation

2.  The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: (See list of claims attached as Exhibit A)

    Docket number: (See list of claims attached as Exhibit A)

    Court or agency where pending: (See list of claims attached as Exhibit A)

3.  The Motion is granted under: x 11 U.S.C. § 362(d)(1)  ___ 11 U.S.C. § 362(d)(2)

4.  As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a.  ___ Terminated as to Debtor(s) and Debtor's(s') estate.

    b.  ___ Annulled retroactively to the date of the bankruptcy petition filing.

    c.  x Modified or conditioned as set forth in Exhibit ___B___ to this Order.

5.  Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6.  **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a.  ___ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.

    b.  ___ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-1O.NA**

F4001ONA

| In re | (SHORT TITLE) MARSHALL REDDICK REALTY, INC. | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:09-bk-11254-TA |

7. This Court further orders as follows:

    a. [x] This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. [ ] The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. [ ] The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

    d. [ ] See attached continuation page for additional provisions.

Dated: **SEP 1 4 2009**

UNITED STATES BANKRUPTCY JUDGE
**THEODOR C. ALBERT**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1O.NA**

## EXHIBIT A

The following list of litigated claims, non-litigated claims and potential claims are those made against Insureds under Policy numbers 0208-00053137E and 0209 00053137F and reported to Underwriters, for which coverage has not been fully disclaimed. The dollar amounts referenced below include those pre and post-bankruptcy filing amounts incurred in the defense of the respective claims for which payment has not yet been made by Underwriters.

### Litigated Claims Falling Under Policy No. 0208-00053137E

1.  *Randy Mosner, et al. v. Marshall Reddick Realty, Inc. d/b/a Marshall Reddick Real Estate Network, et al.*, Superior Court for the County of Los Angeles, California, Case No. BC374375.

| | |
|---|---|
| Enterprise Counsel Group invoice no. 8383 dated January 20, 2009 | $6,009.88 |
| Hutchings Court Reporters, LLC invoice no. 457837 (12/22/2008) | $772.27 |
| Hutchings Court Reporters, LLC invoice no. 458379 (12/31/2008) | $1,028.56 |
| Hutchings Court Reporters, LLC invoice no. 459851 (1/19/2009) | $342.10 |
| Hutchings Court Reporters, LLC invoice no. 462025 (2/13/2009) | $545.11 |
| Hutchings Court Reporters, LLC invoice no. 462230 (2/17/2009) | $1,127.39 |
| Wagner & Associates, LLC invoice dated June 1, 2009 | $2,655.00 |
| Wagner & Associates, LLC invoice dated June 1, 2009 | $12,126 |
| Wagner & Associates, LLC invoice dated July 31, 2009 | $63,474.16 |

$25,000 Deductible Satisfied
Pre-petition costs = $9,915.31
Post-petition costs = $78,255.16
Total costs = $88,170.47

---

2.  *Lester L. Haney, et al. v. Marshall Reddick Realty, Inc. d/b/a Marshall Reddick Real Estate Network, et al.*, Court of Common Please, Anderson County, South Carolina, Case No. 2007-CP004-2489

| | |
|---|---|
| Nelson Law Firm, LLC invoice number 176179 dated April 1, 2009 | $922.50 |
| Nelson Law Firm, LLC dated August 3, 2009 | $15,570.00 |

$25,000 Deductible Satisfied
Pre-petition costs = $922.50
Post-petition costs = $15,570
Total costs = $16,492.50

---

3.  *The Landwin Group, LLC, et al v. Marshall Reddick, et al.*, Superior Court of Los Angeles County, California, Civil Action No. BC378287.

Jilio-Ryan Hunter & Olsen, Inc. invoice no. F1581
dated February 3, 2009                                        $1,740.31

$25,000 Deductible Satisfied
Pre-petition costs = $1,740.31
Post-petition costs = $0
Total costs = $1,740.31

---

4.   *Earle T. Stebben, et al. v. Marshall Reddick, an individual, et al.*, Superior Court
     for the State of California, Alameda County, Case No. HG08369117.

Ericksen Arbuthnot invoice no. 12 dated April 27, 2009      $3,556.59
Ericksen Arbuthnot invoice no. 13 dated May 29, 2009        $1,112.20
Ericksen Arbuthnot invoice no. 14 dated June 24, 2009       $88.10

$25,000 Deductible Satisfied
Pre-petition costs = $0
Post-petition costs = $4,756.89
Total costs = $4,756.89

---

5.   *Adelaide D'Ambrosio Hicks, et al. Marshall Reddick Realty, Inc. d/b/a Marshall
     Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of
     California, Los Angeles County, Case No. BC382513.

Wagner & Associates, LLC invoice dated June 1, 2009          $1,593.00

$25,000 Deductible Satisfied
Pre-petition costs = $0
Post-petition costs = $1,593.00
Total costs = $1,593.00

---

**Policy No. 0208-00053137E Pre-petition incurred
but not yet paid total:**                                    **$12,578.12**

**Policy No. 0208-00053137E Post-petition incurred
but not yet paid total:**
                                                             **$100,175.05**
**Policy No. 0208-00053137E incurred
but not yet paid grand total:**                              **$112,753.17**

---

816418.1

4

## Litigated Claims Falling Under Policy No. 0209-00053137F

1. *Laraine Silberstein, et al. v. Marshall Reddick Realty, Inc. d/b/a Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC386667.

Wagner & Associates, LLC invoice dated June 1, 2009       $1,445.50

$25,000 Deductible Satisfied
Pre-petition costs = $0
Post-petition costs = $1,445.50
Total costs = $1,445.50

---

2. *Larry Russ, et al. v. Marshall Reddick Realty, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC389599.

$11,981.45 remaining on $25,000 Deductible

---

3. *Anthony Adams, et al. v. Marshall Reddick Realty, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC390866.

$1,863.52 remaining on $25,000 Deductible

---

4. *Frank Aragon and Michelle Aragon, et al.* v. Marshall Reddick Realty, Inc., et al., Superior Court of the State of California, Los Angeles County, Case No. BC391482.

Case dismissed in California and re-filed in Florida under the following captions:

*Sherry Glover v. Marshall Reddick Realty, Inc. et al.*, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 09-CA-002442.

*Nicolas Flordeliza v. Marshall Reddick Realty, Inc. et al.*, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 09-CA-002443.

*Philip LaBonte v. Marshall Reddick Realty, Inc. et al.*, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 09-CA-002444.

*Efren Fiesta et al. v. Marshall Reddick Realty, Inc. et al.*, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 09-CA-002445.

*Frederick White et al. v. Marshall Reddick Realty, Inc. et al.*, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 09-CA-002446.

$3,956.51 remaining on $25,000 Deductible

---

5.   *Brian Patnoe, et al. v. Marshall Reddick, et al.*, Superior Court of California, Orange County, Case No. 30-2008 00094707.

$12,952.72 remaining on $25,000 Deductible

---

6.   *James A. Carvin, et al. v. Marshall Reddick Realty, Inc. d/b/a Marshall Reddick Real Estate Network, et al.*, Central District Court for the District of California, Case No. 30-2008 00094707.

| | |
|---|---:|
| Remaining 20% of Stone, Rosenblatt Cha invoice no. 75552 dated March 31, 2009 ($24,112.87) | $4,822.57 |
| Remaining 20% of Stone, Rosenblatt Cha invoice no. 75880 dated April 30, 2009 ($56,155.72) | $11,231.14 |
| Remaining 20% of Stone, Rosenblatt Cha invoice no. 76570 dated May 31, 2009 ($17,625.03) | $3,525.00 |
| Remaining 20% of Stone, Rosenblatt Cha invoice no. 76614 dated June 30, 2009 ($5,650.99) | $1,130.20 |

$25,000 Deductible Satisfied
Pre-petition costs = $0
Post-petition costs = $20,741.91
Total costs = $20,741.91

---

7.   *Timothy Marais, et al. v. Marshall Reddick Realty, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC-397546.

$25,000 remaining on $25,000 Deductible

---

8. *Rayna Davis, et al. v. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC401284.

$25,000 remaining on $25,000 Deductible

---

9. *Linda Noland, et al. v. Marshall Reddick Realty. Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.,* Superior Court of the State of California, Los Angeles County, Case No. BC401285.

$25,000 remaining on $25,000 Deductible

---

10. *Michael Kronk, et al. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.,* Superior Court of the State of California, Los Angeles County, Case No. BC400271.

$25,000 remaining on $25,000 Deductible

---

11. *Mel Sager, et al. v. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC404739.

$25,000 remaining on $25,000 Deductible

---

12. *Donna Lee, et al. v. Marshall Reddick Seminar, an unknown business entity, et al.,* Superior Court of the State of California, Los Angeles County, Case No. EC 048548.

$25,000 remaining on $25,000 Deductible

---

13. *Debra Biggs, et al. v. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC407430.

$25,000 remaining on $25,000 Deductible

---

14. *Peter Shulman, et al. v. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.,* Superior Court of the State of California, Los Angeles County, Case No. BC407982.

$25,000 remaining on $25,000 Deductible

---

15. *Victor Landa, et al. v. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC407983.

$25,000 remaining on $25,000 Deductible

---

16. *Chaim Neuberg, et al. v. Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC408062.

$25,000 remaining on $25,000 Deductible

---

17. *Lili Ariazand, et al. v .Marshall Reddick Realty, Inc., a California Corporation, dba Marshall Reddick Real Estate Network, Inc., et al.*, Superior Court of the State of California, Los Angeles County, Case No. BC400270.

$25,000 remaining on $25,000 Deductible.

---

18. Various Marshall Reddick Litigated Claims

Wagner & Associates, LLC invoice dated June 1, 2009 -      $2,242.00
Wagner & Associates, LLC invoice dated June 1, 2009 -      $1,917.50

Deductible status unknown pending receipt of additional information.
Pre-petition costs = $0
Post-petition costs = $4,159.50
Total costs = $4,159.50

---

**Policy No. 0209-00053137F Pre-petition incurred
but not yet paid total:**                                   **$0**

**Policy No. 0209-00053137F Post-petition incurred
but not yet paid total:**
                                                            **$26,346.91**
**Policy No. 0209-00053137F incurred
but not yet paid grand total:**                             **$26,346.91**

---

816418.1

8

## Non-Litigated Claims

1.    *Cheryl and Scott Lee v. Marshall Reddick Realty, Inc.*

## Potential Claims

Policy number 0209-00053137F, Section IV., Claims, Notice of Claims and Potential Claims, states in relevant part as follows:

*          *          *

If the **Insured** becomes aware of a **Wrongful Act** that may reasonably be expected to give rise to a **Claim**, and if the **Insured** reports such a **Wrongful Act** to the Insurers during the **Policy Period** in writing, then any **Claim** subsequently arising from such **Wrongful Act** duly reported in accordance with this paragraph, shall be deemed under this Policy to be a **Claim** made during the **Policy Period** in which such written notice is received by the Insurers.

*          *          *

The following are the instances reported to Underwriters pursuant to the foregoing Policy provision.

1.    *Missouri Walnut Brook Condominiums - Marshall Reddick Realty, Inc.*
2.    *Various Florida Builders Direct - Marshall Reddick Realty, Inc.*
3.    *Tony & Mary Kang - Marshall Reddick Realty, Inc.*
4.    *Barbara Swist - Marshall Reddick Realty, Inc.*
5.    *Heritage House - Marshall Reddick Realty, Inc.*
6.    *Various South Florida Claimants - Marshall Reddick Realty, Inc.*
7.    *CIMA Group - Marshall Reddick Realty, Inc.*
8.    *Burbach, Tallahassee Claimants - Marshall Reddick Realty, Inc.*
9.    *Craftsman Builders Construction - Marshall Reddick Realty, Inc.*

---

| | |
|---|---|
| **Pre-petition incurred but not yet paid grand total:** | **$12,578.12** |
| **Post-petition incurred but not yet paid grand total:** | **$129,324.96** |
| **Incurred but not yet paid grand total:** | **$141,903.08** |

**EXHIBIT B**

The motion of Certain Underwriters of Lloyd's of London ("Lloyd's"), for relief from the automatic stay in connection with its Policy Nos. 0208-00053137E and 0209-00053137F, is granted in part and denied in part, such that the stay is lifted for Lloyd's to pay in accordance with such Policies the fees and costs of defending claims listed on the attached Exhibit A, but only to the extent the Bankruptcy Court has previously approved awards to counsel defending such claims.

816403.1

| In re: (SHORT TITLE) MARSHALL REDDICK REALTY, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:09-bk-11254-TA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **555 S. Flower Street, Suite 2900, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __ORDER GRANTING MOTION FOR RELIEF FROM__ __THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _September 8, 2009_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Thodor C. Albert**
United States Bankruptcy Court-Central District of California
411 West Fourth Street, Suite 5085, Santa Ana, CA 92701-4593

Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _September 8, 2009_ | _Areli E. Arriaza_ | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009 **F 4001-1O.NA**

| In re: (SHORT TITLE)<br>MARSHALL REDDICK REALTY, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:09-bk-11254-TA |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>**ORDER GRANTING MOTION FOR RELIEF**</u> <u>**FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362**</u>
_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___SEP 1 5 2009___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Nancy S. Goldenberg     nancy.goldenberg@usdoj.gov

M. Jonathan Hayes     jhayes@polarisnet.net

United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐   Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Kristi W. Dean**
Stone Rosenblatt Cha
21550 Oxnard St., Main Plaza, Suite 200
Woodland Hills, CA 91367

**James P. Robinson**
8700 Crownhill Blvd., Suite 700
San Antonio, TX 78209

X   Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY:</u>** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*          **F 4001-1O.NA**

| In re: (SHORT TITLE) | CHAPTER: 11 |
| MARSHALL REDDICK REALTY, INC. | |
| Debtor(s). | CASE NO.: 8:09-bk-11254-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):


**Marshall Reddick Realty, Inc.**

1691 Kettering

Irvine, CA 92614



**Herbert P. Kunowski, Esq**

**Victoria LaBrie, Esq.**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

555 S. Flower Street, Suite 2900

Los Angeles, CA   90071

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 4001-1O.NA