KAREN SUE NAYLOR
P.O. BOX 504
SANTA ANA, CA 92702-0504
Telephone (949) 262-1748
Facsimile (714) 708-3949

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | ) | Case No. **8:09-bk-11254-TA** |
|---|---|---|
|  | ) | Chapter 7 |
| **MARSHALL REDDICK REALTY INC.,** | ) |  |
|  | ) | **NOTICE OF UNCLAIMED DIVIDEND(S)** |
|  | ) | **(FRBP 3011)** |
| Debtor(s). | ) |  |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. <u>20096</u> in the sum of <u>$3,947.99</u> representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: March _10_, 2017

_/s/ Karen Sue Naylor_
Karen Sue Naylor, Chapter 7 Trustee
for the Estate of Marshall Reddick Realty Inc.

## UNCLAIMED DIVIDENDS REMITTED TO THE COURT
### Check No. 20096
### Case Number 8:09-bk-11254-TA -- Marshall Reddick Realty Inc.

| Creditor | Claim No. and Type | Amount Paid |
|---|---|---|
| Verizon Wireless<br>REF #0986<br>PO Box 3397<br>Bloomington IL 61702 | 000016 / Gen Unsecured | $46.48 |
| JONATHAN E. AND KRISTI K. PAULSON<br>REF #3112<br>4353 CABOT DRIVE<br>CORONA, CA 92883 | 000017A / Gen Unsecured | $62.81 |
| Margo Foster<br>c/o Ethan T Boyer Esq<br>Kirby Noonan Lance & Hoge LLP<br>350 Tenth Ave Ste 1300<br>San Diego CA 92101 | 000077 / Gen Unsecured | $408.28 |
| Richard & Marilyn Jones<br>220 Whispering Hills<br>Hot Springs AR 71901 | 000102 / Gen Unsecured | $2,100.84 |
| Michael Kronk<br>on behalf of himself and all<br>others similarly situated<br>25952 Ernestine Court<br>Laguna Hills, CA 92653 | 000107 / Gen Unsecured | $146.24 |
| Edward C LeCara<br>c/o Ethan T Boyer, Esq.<br>Kirby Noona Lance & Hoge LLP<br>350 Tenth Avenue Suite 1300<br>San Diego CA 92101 | 000130 / Gen Unsecured | $1,183.34 |
| | **TOTAL:** | **$3,947.99** |

KAREN SUE NAYLOR, Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 W. Santa Ana Blvd., Suite 400, Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __3/10/17__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Office of the United States Trustee**, Attn: Kristina Howard, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701
**U.S. Bankruptcy Court**, c/o Fiscal Department, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/10/17 | Alane Canzone | /s/ Alane Canzone |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE